IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORNELIUS MADDOX,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

v.	10-cv-831-wmc

WILLIAM POLLARD, DEPUTY BAENEN,
PETER ERICKSEN, CAPTAIN LESATZ,
CAPTAIN BRANDT, MARK S. STUTLEEN,
WENDY BRUNS, DENNIS MOSHER,
MALEAH CUMMINGS and
MARIA AMARANTE,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against William Pollard, Deputy Baenen, Captain Lesatz and Captain Brandt; and

(2) granting defendants Peter Ericksen, Mark S. Stutleen, Wendy Bruns, Dennis Mosher, Maleah Cummings and Maria Amarante's motion for summary judgment and dismissing this case.

| /s/ | 7/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |