UNITED STATES DISTRICT COURT
__Western__ DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2013 NOV 15 AM 10: 51
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

__Cornelius R. Maddox__,
   Plaintiff,

Vs

__Peter Ericksen, Mark S. Stutleen
Wendy Bruns, Dennis Mosher,
Maleah Cummings and Maria Amarante__

   Defendants.

Case No.: __10-CV-831-wmc__

## NOTICE OF APPEAL

Notice is hereby given that __Cornelius R. Maddox__, petitioner-appellant in the above named case, does hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the United States Western District Court's order dismissing plaintiff's 42 U.S.C. 1983 action on __July 24th, 2013__, and the denying his Rule 59(e) motion to alter or amend the judgment, Judge __William M. Conley__, presiding.

Dated this __11th__, day of __November__, 20__13__.

__Cornelius R. Maddox__,
Petitioner-Appellant Pro Se

Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500

cc: File